# In the United States Court of Federal Claims
No. 23-113 C
Filed: April 19, 2023

**COCKETT MARINE OIL US INC.**
    **Plaintiff**

    v.

**UNITED STATES**
    **Defendant**

**JUDGMENT**

    Pursuant to the court's Order, filed April 19, 2023, and plaintiff's notice of dismissal, filed April 18, 2023,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a), that the case is dismissed with prejudice.   Each party shall bear its own costs and attorneys' fees.


    Lisa L. Reyes
    Clerk of Court

By:    s/ Debra L. Samler

    Deputy Clerk